Aguilar received the statutory minimum consecutive sentence on the firearms charge. *See* 18 U.S.C. § 924(c)(1). His 188-month sentences on the drug charges were at the low end of the Guideline range the court calculated after granting a downward departure and were well below the statutory maximum term of life imprisonment. *See* 21 U.S.C. § 841(b)(1)(A)(viii). The district court's comments reflect that it recognized that Aguilar's codefendant was sentenced under different circumstances. The court stated that it considered the § 3553(a) factors, and specifically discussed the firearm, the large amount of methamphetamine, and Aguilar's admissions and cooperation. Neither the district court's reasoning nor the § 3553(a) factors warrant a conclusion that Aguilar's sentence is unreasonable. In light of the foregoing, Aguilar's sentences are

**AFFIRMED.**

Before EDMONDSON, Chief Judge, BLACK and MARCUS, Circuit Judges.

PER CURIAM:

Kristen Gartman Rogers, appointed appellate counsel for Frank James Cabble on this direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.E.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Cabble's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Frank James CABBLE, Defendant–**
**Appellant.**

No. 06–15059
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 16, 2007.

Kristen Gartman Rogers, Sal–Federal Public Defender, Carlos Alfredo Williams, Federal Defender Org., Mobile, AL, for Defendant–Appellant.

David Andrew Sigler, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ruperto Arturo Roldan TORRES,**
**a.k.a. El Loco, a.k.a. Beto,**
**Defendant–Appellant.**

No. 06–12037
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 16, 2007.

Marisa Tinkler Mendez, Marisa Tinkler Mendez, P.A., Miami, FL, for Defendant–Appellant.